# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case #2:13-cv-01889-RSL |
| **FRB Inc.,** | |
| Debtor. | |
| James F. Rigby, Chapter 7 Trustee For The Bankruptcy Estate of FRB, Inc., a Nevada corporation, | BK Case No.    10-12286-MLB<br>Adversary No. 13-01174-MLB<br>Appeal # 13-S022 |
| v. | |
| Edenbridge Inc., a California corporation; TJG/Summitt Development Corporation, A California corporation, Barry C. Johnson, Linda Johnson, Walter R. Sikes, individually, and as Trustee of The Johnson Family 1994 Irrevocable Life Insurance Trust, | ORDER DISMISSING APPEAL |

Byron Lee Lynch,
PO Box 685
Shasta Lake, CA 96019
[530] 244-1235

1

1 | Defendants.

2  On the stipulation of the parties to this appeal, and good cause
3  appearing therefore:
4  IT IS HEREBY ORDERED that the within appeal is dismissed
5  without prejudice or waiver.

7  Dated this 9th day of December, 2013.

*signature: MM S Lasnik*
Robert S. Lasnik
United States District Judge

Byron Lee Lynch,
PO Box 685
Shasta Lake, CA 96019
[530] 244-1235

2